Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| CODING TECHNOLGIES, LLC, § § § | |
| Plaintiff, § | Case No.: 9:17-cv-81141-DMM-DLB |
| vs. § § | |
| § | **NOTICE OF SETTLEMENT** |
| CROSS MATCH TECHNOLOGIES, INC., § § | |
| Defendant. § § § § § | |

PLEASE TAKE NOTICE that Plaintiff, Coding Technologies, LLC, and Defendant, Cross Match Technologies, Inc., have reached a settlement in the above-referenced case. The parties anticipate that Plaintiff will file a Notice of Voluntary Dismissal with Prejudice on or before December 22, 2017.

**DATED** on December 7, 2017

Respectfully submitted,

*/s/ Coleman W. Watson, Esq.*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Email: coleman@watsonllp.com
       docketing@watsonllp.com
**Alberto T. Montequin, Esq.**
Florida Bar No. 0093795
Email: alberto@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**

**SERVICE LIST**

David J. George
GUNSTER YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
*Counsel for Defendant*

Richard G. Frenkel
Admitted *pro hac vice*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 64025
*Counsel for Defendant*

Maximilian A. Grant
Admitted *pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
*Counsel for Defendant*