UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-81141-CV-MIDDLEBROOKS

CODING TECHNOLOGIES, LLC,

        Plaintiff,

v.

CROSS MATCH TECHNOLOGIES, INC.,

        Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff Coding Technologies, LLC's ("Plaintiff") Notice of Voluntary Dismissal with Prejudice, filed on December 11, 2017. (DE 26). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or filed a motion for summary judgment. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this __ day of December, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record